UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   ADEL ERIAN                                CASE NO. 15-23292-EPK
                                                   CHAPTER 13

_____Debtor_____/

**EX PARTE MOTION TO APPROVE PERMANENT MODIFICATION AGREEMENT
WITH FEDERAL NATIONAL MORTGAGE ASSOCIATION C/O SETERUS, INC.**

The above-referenced Debtors requests the Court enter an Order approving The Permeant Mortgage Modification Agreement with Federal National Mortgage Association c/o Seterus, Inc. ("Lender") and states as follows:

1. The Court referred this matter to Mortgage Modification Mediation ("MMM") (ECF # 51) on January 28th, 2016.

2. The final MMM conference was held.

3. The MMM Mediator filed a Final Report of Mortgage Modification Mediator (ECF# 55) on April 18, 2016, reporting the parties reached an agreement.

4. The Debtor has completed his three trial payments and the Lender has issued a Permanent modification agreement.

5. Attached is a copy of the Permeant Modification Agreement entered into between the parties (with all personal identifiers redacted).

6. Pursuant to the Agreement, the Lender will draft all documents required by the Agreement, other than pleadings or plans required to be filed in this case.

**[For chapter 13 cases only]:**

7. Pursuant to the Agreement, the Debtor shall continue to pay the Lender direct and outside of the plan.

8. All payments shall be considered timely upon receipt by the trustee, not

    upon receipt by the Lender.

9. The trustee may disburse the payment as adequate protection to the Lender until such time as the plan/modified plan is confirmed, or the case is dismissed or converted to another chapter.

**WHEREFORE,** the Debtor requests the Motion to Approve the Permeant Mortgage Modification Agreement with Federal National Mortgage Association c/o Seterus, Inc. ("Lender") be granted and for such other and further relief as this Court deems proper.

    **Tania Ochoa, Esquire**
Tania Ochoa, Esq.  FBN 0165451
Ochoa & Rubio P.A**.**
Attorney for the Debtor
2001 Palm Beach Lakes Blvd., Suite 502-F
West Palm Beach, FL 33409
(561) 355-5177 Tel/ (561) 370-6801 Fax
ochoalawecf@gmail.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Motion to Approve the Permeant Modification Agreement with Federal National Mortgage Association C/o Seterus, Inc. was served by U.S. first class mail, or as otherwise noted, upon the parties listed below on August 30th, 2016.

VIA U.S. MAIL
Anila S. Rasul, Esq.
SHD Legal Group P.A.
P.O. Box 19519
Fort Lauderdale, FL 33318

VIA ECF or EMAIL

| | |
|---|---|
| Office of the US Trustee | USTPRegion21.MM.ECF@usfoj.gov |
| Robin R. Weiner | ecf@ch13weiner.com; ecf2@ch13weiner.com |
| Brian McMahon | brian@bkmmediation.com |

Case 15-23292-EPK Doc 66 Filed 08/30/16 Page 3 of 3